UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAUL ANTHONY SAMPAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1173** |
| **TERREBONNE PARISH 32ND JUDICIAL DISTRICT COURT, ET AL.** | **SECTION: D (2)** |

## ORDER & REASONS

The Court, having considered Plaintiff Paul Anthony Sampay's Motion for Time Extension[1] and Motion to Amend Current Defendants and Change the Defendant to State of Louisiana,[2] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[3] and the failure of the Plaintiff to file any objection to the Report and Recommendation,[4] hereby approves the Report and Recommendation and adopts it as its opinion in this matter. In doing so, the Court notes that it has construed Plaintiff's *pro se* pleading liberally.[5]

**IT IS HEREBY ORDERED** that Plaintiff's Motions (R. Docs. 11 and 12), construed as motions to reopen under Fed. R. Civ. P. 60(b) and to amend pleading under Fed. R. Civ. P. 15(a), are **DENIED**, for the reasons stated in the Report and Recommendation.

New Orleans, Louisiana, December 12, 2022.

*(signature)*
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 11.
[2] R. Doc. 12.
[3] R. Doc. 15.
[4] Objections were due December 1, 2022. Because Plaintiff is proceeding *pro se*, the Court has allowed additional time for objections. None have been filed as of the date of this Order.
[5] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019).